IN THE MATTER OF THE ESTATE
OF HOWARD CARROW, DECEASED.

*Messrs. Brown, Connery, Kulp & Wille* for the petitioners, cross-respondents.

*Messrs. Archer, Greiner, Hunter & Read* and *Mr. Charles Lee Harp, Jr.* for the respondent, cross-petitioner United Fund of Camden County.

March 1, 1966. Denied.

RUTH McCAULEY, PLAINTIFF-PETITIONER, v. PUBLIC SERVICE COORDINATED TRANSPORT, DEFENDANT-RESPONDENT.

*Mr. Harold M. Savage* for the petitioner.

*Mr. Walter S. Cramer* and *Mr. William S. Smith* for the respondent.

March 1, 1966. Denied.

IRWIN W. STRATMORE, PETITIONER-RESPONDENT, v. GENERAL MANUFACTURING CORP., RESPONDENT-PETITIONER.

*Mr. Isidor Kalisch* for the petitioner.

*Mr. Mortimer Wald* and *Mr. Kenneth T. Statmore* for the respondent.

March 1, 1966. Denied.